NO. 07-09-0056-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 13, 2009

______________________________

RUFUS SITO NANEZ, III,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_________________________________

FROM THE 69th DISTRICT COURT OF MOORE COUNTY;

NO. 4077; HON. RON ENNS, PRESIDING

_______________________________

Order of Dismissal

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Rufus Sito Nanez, III, appellant, attempts to appeal his conviction for two counts of aggravated sexual assault and burglary of a habitation.  The court imposed sentence on December 10, 2008.   His notice of appeal was filed on February 4, 2009.  We dismiss for want of jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after the sentence is imposed or suspended in open court or within 90 days after that date if a motion for new trial is filed.  
Tex. R. App. P
. 26.2(a).  No motion for new trial was filed. 

A timely filed notice of appeal is essential to invoke our appellate jurisdiction.  
Olivo v. State
, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).  If it is untimely, we can take no action other than to dismiss the proceeding.  
Id
. at 523.  Appellant's notice being untimely filed, we have no jurisdiction over the matter and dismiss the appeal.

Accordingly, appellant’s appeal is dismissed.
(footnote: 1)

Brian Quinn 

          Chief Justice 

Do not publish.

FOOTNOTES
1:
The appropriate vehicle for seeking an out-of-time appeal from a final felony conviction is by writ of habeas corpus pursuant to Article 11.07 of the Texas Code of Criminal Procedure.  
See
 
Tex. Code Crim. Proc. Ann
. art. 11.07 (Vernon 2005).